FB1 (12/94) Specialty Software, Royal Oak, MI

# FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court<br>*NORTHERN District of ILLINOIS* | VOLUNTARY PETITION |
|---|---|

| Name of debtor - if individual, enter Last, First, Middle)<br>**Willis, Jerry** | NAME OF JOINT DEBTOR (Spouse)(Last, First, Middle) |
|---|---|
| HER NAMES used by the debtor in the last six years<br>**NONE** | ALL OTHER NAMES used by the joint debtor in the last six years |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)<br>**XXX-XX-7093** | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>**2637 West 85th Place**<br>**Chicago, IL 60652**<br>**Phone: 773-737-6133** | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| County of Residence or Principal Place of Business<br>**Cook** | County of Residence or Principal Place of Business |
| NG ADDRESS OF DEBTOR (If different from street address)<br>**SAME** | MAILING ADDRESS OF JOINT DEBTOR (If different from street address)<br>Chapter 13w/Plan |
| CATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from above)<br>**NOT APPLICABLE** | VENUE<br>☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

DEBTOR (Check one box)
- dual
- t (Husband and Wife)
- ership

☐ Corporation Publicly Held
☐ Corporation Not Publicly Held
☐ Municipality

E OF DEBT (Check one box)
n-Business/Consumer   ☐ Business-Complete A & B below

PE OF BUSINESS (Check one box)
- rming
- Professional
- Retail/Wholesale
- Railroad

☐ Transportation
☐ Manufacturing/ Mining
☐ Stockbroker

☐ Commodity Broker
☐ Construction
☐ Real Estate
☐ Other Business

EFLY DESCRIBE NATURE OF BUSINESS

CHAPTER or SECTION of BANKRUPTCY CODE UNDER WHICH THE PETITION is FILED
☐ Chapter 7   ☐ Chapter 11   ☒ Chapter 13
☐ Chapter 9   ☐ Chapter 12   ☐ Sec. 304-Case Ancillary to Foreign Proceeding

SMALL BUSINESS (Ch. 11 only)
☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

FILING FEE (Check one box)
☒ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
*Jacqueline Eaton-Thomas*
*8800 South Cottage Grove*
*Chicago, IL 60619*
Telephone No. *(773) 224-1264*

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR
**Atty. Jacqueline Eaton**



U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/27/2004
Time: 16:05:19
Debtor: JERRY WILLIS
Case: 04-03042   Fee : 50
Chapter: 13 Rec. # : 3058511
Judge: Jack Schmetterer
341 mtg: 03/03/2004 @ 03:00PM
ConfHrg: 03/17/2004 @ 12:30PM
Trustee: TOM VAUGHN

1:04BK03042-BK001

## STATISTICAL/ADMINISTRATIVE INFORMATION (U.S.C. § 604)(Estimates only) (Check applicable box

- ebtor estimates that funds will be available for distribution to unsecured creditors.
- Debtor estimates that, after any exempt property is excluded and administrative expenses paid, here will be no funds available for distribution to unsecured creditors.

ATED NUMBER OF CREDITORS

|  | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

D ASSETS (In thousands of dollars)

| 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

ED LIABILITIES (In thousands of dollars)

| 50 | 50-99 | 100-499 | 500-999 | 1000-9999 | 10,000-99,999 | 100,000-over |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

IMATED NUMBER OF EMPLOYEES - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

IMATED NUMBER OF EQUITY SECURITY HOLDERS - CH. 11 & 12 ONLY

| 0 | 1-19 | 20-99 | 100-999 | 1000-over |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

81 (12/04) Specialty Software, Royal Oak, MI

| of Debtor *Jerry Willis* | / Debtor | Case No. |
|---|---|---|

### FILING OF PLAN

...apter 9, 11, 12 and 13 cases only. Check appropriate box.

...y of debtor's proposed plan dated __01/20/2004__  ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.
...ached.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| ...ATION WHERE FILED | CASE NUMBER | DATE FILED |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOIS | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR (If more than one, attach additional sheet)

| ...OF DEBTOR | CASE NUMBER | DATE |
|---|---|---|
| ...NSHIP | DISTRICT | JUDGE |

### REQUEST FOR RELIEF

...or is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

*Jacqueline Cotton*

__January 16, 2004__
Date

| INDIVIDUAL / JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| ...under penalty of perjury that the information provided in this petition is true and | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. |
| *Jerry Willis* (signature) | X _____ |
| ...ature of Debtor *Jerry Willis* | Signature of Authorized Individual |
| ...anuary 16, 2004 | |
| | Print or Type Name of Authorized Individual |
| ...ature of Joint Debtor | Title of Individual Authorized by Debtor to File this Petition |
| | Date |
| | If debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition. |

| ...BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322) | CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110) |
|---|---|
| ...m aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States ...understand the relief available under such chapter, and choose to proceed under ...oter 7 of such title. If I am represented by an attorney, Exhibit B has been completed. | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| | Preparer: |
| | Social Security Number: |
| ...tor | Address: |
| ...ebtor | Tel. No. |
| | Other individuals who prepared or assisted in preparing this document: (Also see the attached signed sheets conforming to appropriate Official Forms.) |

### EXHIBIT "B"

...completed by attorney for individual chapter 7 debtors with primarily consumer debts.)

...attorney for the debtor(s) named in the foregoing petition, declare that I have ...ed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of ...I, United States Code, and have explained the relief available under such chapter.

X _____
Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

...ney

2016(b) (9/01) Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT of ILLINOIS
## EASTERN DIVISION

*Jerry Willis*

Case No.
Chapter   13

_____ / Debtor

Attorney for Debtor: Atty. Jacqueline Eaton

# STATEMENT PURSUANT TO RULE 2016(B)

undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

The undersigned is the attorney for the debtor(s) in this case.

The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:

a)    For legal services rendered or to be rendered in contemplation of and in connection with this case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1500

b)    Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . . . . $

c)    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1500

   $ 50 of the filing fee in this case has been paid.

The Services rendered or to be rendered include the following:

a)    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

b)    Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

c)    Representation of the debtor(s) at the meeting of creditors.

The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

*January 16, 2004*

Respectfully submitted,

Attorney for Petitioner: Atty. Jacqueline Eaton

*Jacqueline Eaton-Thomas*
*8800 South Cottage Grove*
*Chicago, IL 60619*

A (6/90) Specialty Software, Royal Oak, MI

_Jerry Willis_ _____ / Debtor    Case No. _____

                                                              (If known)

# SCHEDULE A-REAL PROPERTY

directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, ny property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's efit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H,""W,""J," or "C"in the column labeled "Husband, int, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

ntity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See schedule D. If no entity claims to hold ed interest in the property, write "None" in the column labeled "Amount of Secured Claim."

tor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest, in Property without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _2637_ W. 85th Place - Single Family |  |  | $ 120,000 | $ 116,000 |
|  |  |  |  |  |
|  |  | **TOTAL $** | 120,000 |  |

ontinuation sheets attached                    (Report also on Summary of Schedules.)

(5/00) Specialty Software, Royal Oak, MI

*Jerry Willis* / Debtor     Case No. _____

(If known)

# SCHEDULE B-PERSONAL PROPERTY

directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an
appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with
name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an
, or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any
ons claimed only in Schedule C-Property Claimed as Exempt.

ist interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
roperty is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| hand. | | *Cash on hand* | | $ 60 |
| , savings or other financial ts, certificates of deposit, or shares s, savings and loan, thrift, building an, and homestead associations, or unions, brokerage houses, or ratives. | | *Checking Account with Citibank* | | $ 200 |
| ity deposits with public utilities, none companies, landlords, and | X | | | |
| old goods and furnishings, audio, video, and computer t. | | *Household goods and furnishings* | | $ 1,000 |
| tures and other art objects, stamp, coin, record, tape, isc, and other collections or s. | X | | | |
| g apparel. | | *Wearing apparel* | | $ 250 |
| d jewelry. | X | | | |
| ns and sports, photographic, and hobby equipment. | X | | | |
| ts in insurance policies. Name ce company of each policy and surrender or refund Qlue of each. | | *Life insurance via employment (Term – Cannot Borrow)* | | |
| . Itemize and name each issuer. | X | | | |
| IRA, ERISA, Keogh, or other r profit sharing plans. Itemize. | X | | | |
| interests in incorporated and orated businesses. Itemize. | X | | | o |
| ts in partnerships or joint ventures. e. | X | | | |
| mment and corporate bonds and negotiable and non-negotiable uments. | X | | | |
| nts Receivable. | X | | | |
| , maintenance, support, and settlements to which the debtor be entitled. Give particulars. | X | | | |
| idated debts owing debtor x refunds. Give particulars. | X | | | |

(3/00) Specialty Software, Royal Oak, MI

_Jerry Willis_ _____ / Debtor     Case No. _____
                                                              (If known)

# SCHEDULE B-PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | | Current Market Value of Debtor's Interest In Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | | Husband—H  Wife—W  Joint—J  Community—C | |
| ...table or future interests, life estates, rights or powers exercisable for the ...t of the debtor other than those ...n Schedule of Real Property. | X | | | |
| ...ent and non-contingent interests ...of a decedent, death benefit ...insurance policy, or trust. | X | | | |
| ...tingent and unliquidated claims ...ature, including tax refunds, ...aims of the debtor, and rights to ...ims. Give estimated value of | X | | | |
| ...ts, copyrights, and other intellectual ...rty. Give particulars. | X | | | |
| ...ses, franchises, and other general ...gibles. Give particulars. | X | | | |
| ...mobiles, trucks, trailers and other ...s. | X | | | |
| ...otors, and accessories. | X | | | |
| ...nd accessories. | X | | | |
| ...uipment, furnishings, and | X | | | |
| ...ery, fixtures, equipment and ...s used in business. | X | | | |
| ...tory. | X | | | |
| ...als. | X | | | |
| ... growing or harvested. ...particulars. | X | | | |
| ...ng equipment and implements. | X | | | |
| ...plies, chemicals, and feed. | X | | | |
| ...onal property of any kind not ...sted. Itemize. | X | | | |
| | | | Total → | $ 1,510 |

(Report total also on Summary of Schedules)

_2_ of _2_

(8/90) Specialty Software, Royal Oak, MI

Jerry Willis _____ / Debtor    Case No. _____

                                                                        (If known)

# SCHEDULE C-PROPERTY CLAIMED EXEMPT

cts the exemptions to which debtor is entitled under:

e box)

☐ § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☐ § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located
for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place,
and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable
nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| 2631 W. 85th Place – Single | 735 ILCS 5/12-901 | $ 4,000 | $ 120,000 |
| Cash on hand | 735 ILCS 5/12-1001(b) | $ 60 | $ 60 |
| Checking Account with Citibank | 735 ILCS 5/12-1001(b) | $ 200 | $ 200 |
| Household goods and furnishings | 735 ILCS 5/12-1001(b) | $ 1,000 | $ 1,000 |
| Wearing apparel | 735 ILCS 5/12-1001(a) | $ 250 | $ 250 |

90] Specialty Software, Royal Oak, MI

_Jerry Willis_ _____ / **Debtor**     **Case No.** _____

(If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

...he name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the
filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of
...and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the
...tion sheet provided.

...ty other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the
...e schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital
...y may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

...m is contingent, place and "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."
...laim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

...the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the
...ary of Schedules.

...ck this box if debtor has no creditors holding secured claims to report on this Schedule D.

| ...editor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br><br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| ...No. _03 M1 139948_<br>...itor #: 1<br>...w Financial Services, LLC<br>...Lance S. Martin<br>...West Touhy<br>...s, IL 60714 | | _2001_<br>_Furniture_<br>_Big Screen TV_<br><br>Value: _$ 2,000.00_ | | | | $ 2,000.00 | $ 0.00 |
| ...nt No.<br>...esenting:<br>...w Financial Services, LLC | | _Lance S. Martin_<br>_5996 West Touhy_<br>_Niles, IL 60714_<br>_847-557-1100_<br>Value: | | | | | |
| ...No. _002798748_<br>...itor #: 2<br>...trywide Home Loans, Inc.<br>...Box 660694<br>...as, Texas 75266-0694 | | _2003_<br>_Mortgage_<br>_2637 W. 85th Place – Single Family_<br><br>Value: _$ 120,000.00_ | | | | $116,000.00 | $ 0.00 |
| ...nt No.<br>...esenting:<br>...trywide Home Loans, Inc. | | _Pierce & Associates_<br>_18 South Michigan Avenue_<br>_Chicago, IL 60603_<br>_312-346-9088_<br>Value: | | | | | |
| ...No. _03 CH 10324_<br>...itor #: 3<br>...trywide Home Loans, Inc.<br>...ox 660694<br>...as, TX 75266-0694 | | _2004_<br>_Arrearages plus Attorneys Fees_<br>_2637 W. 85th Place – Single Family_<br><br>Value: _$ 12,356.00_ | | | | $ 12,356.00 | $ 0.00 |
| ...continuation sheets attached | | **Subtotal $**<br>(Total of this page) | | | | 130,356.00 | |
| | | **Total $**<br>(Use only on last page and on Summary of Schedules) | | | | | |

B6D (6/90) Specialty Software, Royal Oak, MI

rry Willis _____ / Debtor    Case No. _____
                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| No. enting: ywide Home Loans, Inc. | | Pierce & Associates 18 South Michigan Avenue Chicago, IL 60603 312-346-9088 Value: | | | | | |
| No. | | Value: | | | 0 | | |
| No. | | Value: | | | | | |
| No. | | Value: | | | | | |
| No. | | Value: | | | | | |
| No. | | Value: | | | | | |
| No. | | Value: | | | | | |

No. __1__ of __1__ continuation sheets attached to Schedule of Creditors
g Secured Claims

| | Subtotal $ (Total of this page) | 0.00 |
|---|---|---|
| | Total $ (Use only on last page and on Summary of Schedules) | 130,356.00 |

M B6E (12/94) Specialty Software, Royal Oak, MI

In re **_Jerry Willis_** _____ / Debtor   Case No. _____

(If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's  business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4000* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

**Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. §  507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

**Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **_No_** _____ continuation sheets attached

Specialty Software, Royal Oak, MI

Jerry Willis / Debtor    Case No. _____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

e name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor
operty of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page,
continuation sheet provided.

ry other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the
e schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital
y may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

n is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."
am is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

otal of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary
edules.

ck this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| No. 03161556 itor #: 1 ican General Finance 9 South Cicero town, IL 60456-1018 | | 2003 Credit card purchases | | | | $ 3,328.50 |
| No. tor #: 2 Financial Services, LLC ignee of Bank One | | 2003 Credit card purchases | | | | $ 3,051.44 |
| No. esenting: w Financial Services, LLC | | Attorney Lance S. Martin 5996 West Touhy Niles, IL 60714 847-557-1100 | | | | |
| No. 5417-1615-0092-9365 tor #: 3 ne Delaware, N.A. epartment rth Walnut Street ngton, DE 19801 | | 2003 Credit card purchases | | • | | $ 7,819.67 |
| No. 5211-4610-0907-1950 itor #: 4 e BankCard Services, Inc. 3ox 52188 nix, AZ 85072-2188 | | 2003 Credit card purchases | | | | $ 3,891.99 |

ontinuation sheets attached

Subtotal $ (Total of this page)    $ 18,091.60

Total $ (Use only on last page and on Summary of Schedules)

(c) Specialty Software, Royal Oak, MI

erry Willis _____ / Debtor          Case No. _____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| No.  5424 1804 2027 7938 itor #: 5  . Cards  3ox 6415  Lakes, NV 88901-6415 | | 2003 Credit card purchases | | | | $ 10,306.74 |
| No.  5424-1804-2027-7938 itor #: 6  Platinum Select Card  6415  ikes, NV 88901-6415 | | 2003 Credit card purchases | | | | $ 10,872.86 |
| No.  03 M 1138848 itor #: 7  k of the Circuit Court  County Courthouse  V. Washington St., Rm 602  ago, IL 60602 | | 2003 Credit card purchases | | | | $ 1,000.00 |
| No.  5417-1615-0092-9365 itor #: 8  USA  mber Services  50882  son, NV 89016-0882 | | 2003 Credit card purchases | | | | $ 7,819.67 |
| No. itor #: 9  Motor Credit Company  Box 64400  rado Springs, CO 809624400 | | 1998 Car Loan (Repoed) | | | | $ 7,920.00 |
| No. senting:  Motor Credit Company | | Bowman, Heintz, Boscia, Vician 8605 Broadway Merriville, IN 46410-7033 | | | | |
| No.  412216-17-146363-5 itor #: 10  Commons Drive  ago Ridge, IL 60415 | | 2003 Loan | | | | $ 9,231.81 |

o. __1__ of __2__ sheets attached to Schedule of
s Holding Unsecured Nonpriority Claims

Subtotal $ (Total of this page)          $ 47,151.08

Total $
(Use only on last page and on Summary of Schedules)

[80] Specialty Software, Royal Oak, MI

rry Willis _____ / Debtor    Case No. _____
                                                                    (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | contingent | unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H—Husband W—Wife J—Joint C—Community | | | | |
| No. 412216-17-146363-5 :itor #: 11 Lopez ection Department Box 4153 ol Stream, IL 60197 | | 2003 Child Tax Credit | | | | $ 0.00 |
| t No. 3-246-253-841-10 :itor #: 12 lers National Bank : 59231 apolis, MN 55459-0231 | | 2003 Credit card purchases | | | | $ 1,783.80 |
| No. | | | | | | |
| t No. | | | | | | |
| No. | | | | | | |
| t No. | | | | | | |
| No. | | | | | | |

| | | |
|---|---|---|
| no. __2__ of __2__ sheets attached to Schedule of rs Holding Unsecured Nonpriority Claims | Subtotal $ (Total of this page) | $ 1,783.80 |
| | Total $ (Use only on last page and on Summary of Schedules) | $ 67,026.48 |

(6/90) Specialty Software, Royal Oak, MI

_ry Willis_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

.. all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

..ature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

.. the names and complete mailing addresses of all other parties to each lease or contract described.

A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

Jerry Willis _____  / Debtor    Case No. _____

H (6/90) Specialty Software, Royal Oak, MI                                                         (If known)

# SCHEDULE H-CODEBTORS

the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the
les of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name
dress of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the
encement of this case.

k this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

Jerry Willis _____ / Debtor      Case No. _____
                                                                (If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

...umn labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a ...etition is filed, unless the spouses are separated and a joint petition is not filed.

| ...btor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| *Single* | *Jerry A. Willis* | *39* | *Debtor* |

| ...MPLOYMENT: | ● DEBTOR | SPOUSE |
|---|---|---|
| ...upation | *Service Technician* | |
| ...e of Employer | *Anderson Pest Control* | |
| ...Long Employed | *10.5 years* | |
| ...ress of Employer | *6354 West Gunnisen Chicago, IL* | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| ...come: (Estimate of average monthly income) | | | |
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | | $ *1,126.67* | $ |
| Estimated Monthly Overtime | | $ *866.67* | $ |
| SUBTOTAL | | $ *1,993.33* | $ |
| LESS PAYROLL DEDUCTIONS | | | |
| ...n. Payroll Taxes and Social Security | | $ *0.00* | $ |
| ...Insurance | | $ *0.00* | $ |
| ...Union Dues | | $ *0.00* | $ |
| ...Other (Specify): | | $ *0.00* | $ |
| ...OTAL OF PAYROLL DEDUCTIONS | | $ *0.00* | $ |
| ...L NET MONTHLY TAKE HOME PAY | | $ *1,993.33* | $ |
| ...gular income from operation of business or profession or farm (attach detailed statement) | | $ *0.00* | $ |
| ...come from Real Property | | $ *0.00* | $ |
| ...nterest and dividends | | $ *0.00* | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that ...f dependents listed above. | | $ *0.00* | $ |
| ...ocial Security or other government assistance ...pecify: | | | |
| ...nsion or retirement income | | $ *0.00* | $ |
| ...her monthly income | | $ *0.00* | $ |
| ...ify: | | | |
| ...L MONTHLY INCOME | | $ *1,993.33* | $ |

TOTAL COMBINED MONTHLY INCOME      $ _____ *1,993.33*
(Report also on Summary of Schedules)

...cribe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this ...cument:
*Debtor expects his commission to increase within the next 6 months. Said commission varies so an average is listed at $200 per week.*

B6J (Official Form 6J) (9/97) Royal Oak, MI

_Jerry Willis_ _____ / Debtor    Case No. _____
(If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for moble home) | $ | 976.00 |
| Are real estate taxes included?    Yes ☒    No ☐ | | |
| Is property insurance included?    Yes ☐    No ☒ | | |
| Utilities:  Electricity and heating fuel | $ | 200.00 |
|    Water and sewer | $ | 35.00 |
|    Telephone | $ | 55.00 |
|    Other  _Cable_ | $ | 66.00 |
|    Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 0.00 |
| Food | $ | 150.00 |
| Clothing | $ | 10.00 |
| Laundry and Dry cleaning | $ | 15.00 |
| Medical and Dental expenses | $ | 65.00 |
| Transportation (not including car payments) | $ | 90.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 10.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|    Homeowner's or renter's | $ | 0.00 |
|    Life | $ | 0.00 |
|    Health | $ | 0.00 |
|    Auto | $ | 0.00 |
|    Other: | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|    Auto | $ | 0.00 |
|    Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$** | **1,672.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. Total projected monthly income | $ | 1,993.33 |
| B. Total projected monthly expenses | $ | 1,672.00 |
| C. Excess income (A minus B) | $ | 321.33 |
| D. Total amount to be paid into plan each:  _Weekly_ | $ | 74.15 |

(12/94) Specialty Software, Royal Oak, MI

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Case No.
Chapter   13

Jerry Willis

_____ / Debtor

Attorney for Debtor:  Atty. Jacqueline Eaton

## STATEMENT OF FINANCIAL AFFAIRS

s statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both
s is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not
petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor,
r, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well
e individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions
21.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed
the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the
estion.

## DEFINITIONS

business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business"
purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the
ing: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole
rietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations
hich the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives;
iates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §101(30).

come from employment or operation of business.
the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to
te this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained,
records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed,
income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses
separated and a joint petition is not filed.)

OUNT                                    SOURCE (if more than one)
btor
ar to date:$22000              *Year To Date Gross Income From Employment*

Last year:
ear before:

me other than from employment or operation of business.
the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the
nencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NE

**Payments to creditors.**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**Suits and administrative proceedings, executions, garnishments and attachments.**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

escribe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors g under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint tition is not filed.)

NONE

**Repossessions, foreclosures and returns.**

ist all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE of Repossession, Foreclosure, Sale, Transfer or Return | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| :Ford Motor Credit Company Box 64400 rado, Springs, CO iress: | | Description:1999 Ford Expedition Value:$7920 (Repoed) |
| untrywide Home Loan | | Mortgage Foreclosure Proceedings Stayed by filing of this Chapter 13 |

**Assignments and receiverships.**

escribe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or hapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**Gifts**

ist all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than 00 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or ntributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**Losses**

ist all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors ng under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

NONE

Statement of Affairs – Page  2

**Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR (if other than debtor) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name:Jacqueline Eaton-Thomas<br>Address:8800 S. Cottage Grove<br>Chicago, IL 60619 | Date of Payment:01/16/2004<br>Payor:Jerry Willis | |

**Other transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as a security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

NONE

**Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

**Property held for another person**

List all property owned by another person that the debtor holds or controls.

NONE

**Prior address of debtor.**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within two years immediately preceding the commencement of this case, any of the following: an officer, ctor, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a nership; a sole proprietor or otherwise self-employed.

An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, the two years immediately preceding the commencement of this case.)

**ature, location and name of business**
ne debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole prietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the ng or equity securities within the two years immediately preceding the commencement of this case.

the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

NONE

**Books, records and financial statements**
st all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of debtor.

NE

List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NONE

List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and cords are not available, explain.

NE

st all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years immediately preceding the commencement of this case by the debtor.

ONE

**Inventories**
List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE

the name and address of the person having possession of the records of each of the two inventories reported in a., above.

NE

**Current Partners, Officers, Directors and Shareholders**
If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NONE

If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

ONE

Statement of Affairs -- Page 4

**Former partners, officers, directors and shareholders.**

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NONE

If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NE

**Withdrawals from a partnership or distribution by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other prerequisite during one year immediately preceding the commencement of this case.

NONE

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

e under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
t they are true and correct.

January 16, 2004      Signature _Jerry A Willis_

         Jerry Willis

Signature

for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

Statement of Affairs – Page 5

# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT of ILLINOIS
## EASTERN DIVISION

Case No.
Chapter    13

*Jerry Willis*

‾‾‾‾‾‾‾‾‾‾‾‾‾‾ **Atty. Jacqueline Eaton** ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ / Debtor
Attorney for Debtor:

# CHAPTER 13 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

My intention with respect to the property of the estate which secures those consumer debts is as follows:

**Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| None | |

**Property to Be Retained.** [Check applicable statement of debtor's intention concerning reaffirmation, redemption, or lien avoidance.]

| Description of Property | Creditor's Name | Debt will be re-affirmed pursuant to §524 (c) | Property is claimed as exempt and will be redeemed pursuant to §722 | Lien will be avoided pursuant to §522(f) and property will be claimed as exempt |
|---|---|---|---|---|
| 637 W. 85th Place – Single Family | Countrywide Home Loans, Inc. | Direct Pay | | |
| 637 W. 85th Place – Single Family | Countrywide Home Loans, Inc. | | X | |

I understand that §521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Debtor: ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

*American General Finance*
*8729 South Cicero*
*Hometown, IL 60456-1018*

*Arrow Financial Services, LLC*
*Assignee of Bank One*

*Attorney Lance S. Martin*
*5996 West Touhy*
*Niles, IL 60714*
*847-557-1100*

*Bank One Delaware, N.A.*
*Law Department*
*201 North Walnut Street*
*Wilmington, DE 19801*

*Bowman, Heintz, Boscia, Vician*
*8605 Broadway*
*Merriville, IN 46410-7033*

*Chase BankCard Services, Inc.*
*PO Box 52188*
*Phoenix, AZ 85072-2188*

*Citi Cards*
*PO Box 6415*
*The Lakes, NV 88901-6415*

*Citi Platinum Select Card*
*PO Box 6415*
*The Lakes, NV 88901-6415*

*Clerk of the Circuit Court*
*Cook County Courthouse*
*50 W. Washington St., Rm 602*
*Chicago, IL 60602*

*Countrywide Home Loans, Inc.*
*P.O. Box 660694*
*Dallas, Texas 75266-0694*

*Countrywide Home Loans, Inc.*
*PO Box 660694*
*Dallas, TX 75266-0694*

*First USA*
*Cardmember Services*
*PO Box 50882*
*Henderson, NV 89016-0882*

*Ford Motor Credit Company*
*P.O. Box 64400*
*Colorado Springs, CO 809624400*

*HFC*
*108 Commons Drive*
*Chicago Ridge, IL 60415*

*Jose Lopez*
*Collection Department*
*PO Box 4153*
*Carol Stream, IL 60197*

*Pierce & Associates*
*18 South Michigan Avenue*
*Chicago, IL 60603*
*312-346-9088*

*Retailers National Bank*
*PO Box 59231*
*Minneapolis, MN 55459-0231*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT of ILLINOIS
## EASTERN DIVISION

*Jerry Willis*

Case No.
Chapter    13

_____ Atty. Jacqueline Eaton _____ / Debtor

Attorney for Debtor:

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct

the best of our knowledge.

Date: *January 16, 2004*

Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT of ILLINOIS
## EASTERN DIVISION

*Jerry Willis*

Case No.
Chapter   **13**

Attorney for Debtor: **Atty. Jacqueline Eaton**     / Debtor

# LIST OF CREDITORS

| CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|
| *American General Finance*<br>*8729 South Cicero*<br>*Hometown, IL 60456-1018* | *Credit card purchases* | | $ 3,328.50 |
| 2 *Arrow Financial Services, LLC*<br>*Assignee of Bank One* | *Credit card purchases* | | $ 3,051.44 |
| *Bank One Delaware, N.A.*<br>*Law Department*<br>*201 North Walnut Street*<br>*Wilmington, DE 19801* | *Credit card purchases* | | $ 7,819.67 |
| *Chase BankCard Services, Inc.*<br>*PO Box 52188*<br>*Phoenix, AZ 85072-2188* | *Credit card purchases* | | $ 3,891.99 |
| 5 *Citi Cards*<br>*PO Box 6415*<br>*The Lakes, NV 88901-6415* | *Credit card purchases* | | $ 10,306.74 |
| *Citi Platinum Select Card*<br>*PO Box 6415*<br>*The Lakes, NV 88901-6415* | *Credit card purchases* | | $ 10,872.86 |
| *Clerk of the Circuit Court*<br>*Cook County Courthouse*<br>*50 W. Washington St., Rm 602*<br>*Chicago, IL 60602* | *Credit card purchases* | | $ 1,000.00 |
| 3 *Countrywide Home Loans, Inc.*<br>*P.O. Box 660694*<br>*Dallas, Texas 75266-0694* | *Mortgage*<br>*2637 W. 85th Place - Single Family* | | $ 116,000.00 |
| *Countrywide Home Loans, Inc.*<br>*PO Box 660694*<br>*Dallas, TX 75266-0694* | *Arrearages plus Attorneys Fees*<br>*2637 W. 85th Place - Single Family* | | $ 12,356.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|
| First USA<br>Cardmember Services<br>PO Box 50882<br>Henderson, NV 89016-0882 | Credit card purchases | | $ 7,819.67 |
| Ford Motor Credit Company<br>P.O. Box 64400<br>Colorado Springs, CO 809624400 | Car Loan (Repoed) | | $ 7,920.00 |
| HFC<br>108 Commons Drive<br>Chicago Ridge, IL 60415 | Loan | | $ 9,231.81 |
| Jose Lopez<br>Collection Department<br>PO Box 4153<br>Carol Stream, IL 60197 | Child Tax Credit | | $ 0.00 |
| Retailers National Bank<br>PO Box 59231<br>Minneapolis, MN 55459-0231 | Credit card purchases | | $ 1,783.80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT of ILLINOIS
### EASTERN DIVISION

In re Jerry Willis

Case No.
Chapter   13

Attorney for Debtor: Atty. Jacqueline Eaton _____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedule D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| Real Property | Yes | 1 | $   120,000.00 | | |
| Personal Property | Yes | 2 | $     1,510.00 | | |
| Property Claimed as Exempt | Yes | 1 | | | |
| Creditors Holding Secured Claims | Yes | 1 | | $   128,356.00 | |
| Creditors Holding Unsecured Priority Claims | Yes | 1 | | $         0.00 | |
| Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $    67,026.48 | |
| Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| Codebtors | Yes | 1 | | | |
| Current Income of Individual Debtor(s) | Yes | 1 | | | $     1,993.33 |
| Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $     1,771.00 |
| Total Number of Sheets in All Schedules ▶ | | 13 | | | |
| Total Assets ▶ | | | $   121,510.00 | | |
| Total Liabilities ▶ | | | | $   195,382.48 | |

)0) Specialty Software, Royal Oak, MI

*Jerry Willis*_____ / Debtor    Case No. _____
                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

lare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of __*14*__ sheets, and that they are true and
rect to the best of my knowledge, information and belief.                    (Total shown on summary page plus 1)

te: *January 16, 2004*_____      Signature _____
                                        *Jerry Willis*

_____          Signature _____

alty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §152 and §3571.