```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 03042
    JERRY WILLIS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-7093

----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 01/27/2004 and was confirmed 05/05/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  18.44% from remaining funds.

     The case was paid in full 02/09/2009.
----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
----------------------------------------------------------------------
ARROW FINANCIAL SERVICES  SECURED              1400.00        206.37       1400.00
ARROW FINANCIAL SERVICES  NOTICE ONLY        NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS ^  CURRENT MORTG           .00           .00           .00
COUNTRYWIDE HOME LOANS    NOTICE ONLY        NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS ^  MORTGAGE ARRE     10495.03           .00       10495.03
COUNTRYWIDE HOME LOANS    NOTICE ONLY        NOT FILED           .00           .00
AMERICAN GENERAL FINANCE  UNSECURED          NOT FILED           .00           .00
ARROW FINANCIAL           UNSECURED          NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  NOTICE ONLY        NOT FILED           .00           .00
BANK ONE                  UNSECURED          NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED           4039.59           .00        744.82
RESURGENT CAPITAL SERVIC  UNSECURED          10306.74           .00       1900.36
CITIBANK NA               UNSECURED          NOT FILED           .00           .00
CLERK OF THE CIRCUIT CT   UNSECURED          NOT FILED           .00           .00
CARDMEMBER SERVICES       UNSECURED          NOT FILED           .00           .00
FORD MOTOR CREDIT         UNSECURED           7604.52           .00       1402.12
FORD MOTOR CREDIT         NOTICE ONLY        NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED           9465.42           .00       1745.23
JOSE LOPEZ                NOTICE ONLY        NOT FILED           .00           .00
RETAILERS NATIONAL BANK   UNSECURED          NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED OTH       1270.72           .00        234.23
ECAST SETTLEMENT CORP     UNSECURED               .00           .00           .00
JACQUELINE EATON & ASSOC  DEBTOR ATTY             .00                         .00
TOM VAUGHN                TRUSTEE                                         1,131.84
DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 19,260.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 03042 JERRY WILLIS

```
PRIORITY                                                              .00
SECURED                                                         11,895.03
    INTEREST                                                       206.37
UNSECURED                                                        6,026.76
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                             1,131.84
DEBTOR REFUND                                                         .00
                                       ---------------    ---------------
TOTALS                                      19,260.00          19,260.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/10/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                          PAGE   2
         CASE NO. 04 B 03042 JERRY WILLIS